IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:06-CR-199-1BO

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | ORDER | |
| TERRY BULLOCK | ) | | |

This cause came before the Court on December 5, 2012, at Raleigh, North Carolina on defendant's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) [DE 38]. At the hearing, defendant and the government presented arguments as to the application of *Dorsey v. United States*, 132 S. Ct. 2321 (2012), to the instant matter. The government is hereby DIRECTED to respond to defendant's brief as it relates to *Dorsey* within thirty (30) days of the date of entry of this order. Defendant may supplement his *Dorsey* argument should he so choose within the same time period. The matter shall be re-set for hearing following the Court's further consideration of the parties' positions.

SO ORDERED, this 5 day of December, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE