# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 3/19/2013
Julie A. Richards, Clerk
US District Court
Eastern District of NC

United States of America
v.
TERRY LAMONT BULLOCK

)
)
)
)
)
)
)

Case No: 5:06-CR-199-1BO

USM No: 50478-056

Thomas P. McNamara
*Defendant's Attorney*

Date of Original Judgment: June 5, 2007
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  [✓] **DENIED.**  [ ] **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated June 5, 2007 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 3-19-13

Terrence W. Boyle
*Judge's signature*

Effective Date: _____
*(if different from order date)*

*Printed name and title*

EDNC Rev. 11/8/2011