UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Terry Lamont Bullock            Docket No. 5:06-CR-199-1BO

Petition for Action on Supervised Release

    COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Terry Lamont Bullock, who, upon an earlier plea of guilty to 21 U.S.C. § 841(a)(1), Possession With Intent to Distribute Five or More Grams of Cocaine Base, and 18 U.S.C. 924(c)(1), Carrying a Firearm During and In Relation to a Drug Trafficking Crime, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on June 5, 2007, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

    Terry Lamont Bullock was released from custody on December 24, 2014, at which time the term of supervised release commenced. On January 5, 2015, a violation report was submitted to the court reporting that the defendant tested positive for marijuana use. The defendant denied knowingly using the substance and he was enrolled in the Surprise Urinalysis Program. The court agreed to continue supervision.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 29, 2015, the defendant submitted a urine sample that tested positive for oxymorphone use. On July 16, 2015, the defendant submitted a urine sample that tested positive for marijuana use. The defendant has been confronted with the results and admits to using both substances. As a result of continued illicit drug use, we are referring the defendant for substance abuse counseling. We will continue to monitor his drug use through the Surprise Urinalysis Program. As a sanction for this conduct, we are recommending that the conditions of supervision be modified to include six days in jail.

    The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

    **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 6 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Eddie J. Smith |
| Robert K. Britt | Eddie J. Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2537 |
| | Executed On: July 29, 2015 |

Terry Lamont Bullock
Docket No. 5:06-CR-199-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __29__ day of __July__, 2015 and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge